FILED

2018 Mar-23  AM 09:37
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RANDALL DAWKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | Civil Action Number |
| **MEDICAL DATA SYSTEMS** | ) | **2:17-cv-00909-AKK** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER</u>

Consistent with the Joint Stipulation of Dismissal, doc. 24, this case is

**DISMISSED WITH PREJUDICE**.  The parties bear their own costs.

**DONE** the 23rd day of March, 2018.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE